**No. 39894.**—Protests 597332–G, etc., of James McCutcheon & Co. (New York).

Opinion by TILSON, J. No evidence was offered in support of the claims made. Following the authorities cited in Abstract 15400 the court dismissed the protests.